**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02031-NRN

JOHN MEGGS,

    Plaintiff,

v.

LEEVERS DEVELOPMENT, LLC and
LEEVERS SUPERMARKETS, INC.,

    Defendants.

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Plaintiff, JOHN MEGGS, ("Plaintiff"), and Defendants, LEEVERS DEVELOPMENT, LLC and LEEVERS SUPERMARKETS, INC., ("Defendants"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on April 1, 2022.

| | |
|---|---|
| */s/ Anthony J. Perez*<br>ANTHONY J. PEREZ, ESQ.<br>GARCIA-MENOCAL & PEREZ, P.L.<br>1600 Broadway<br>Denver, CO 80202<br>Telephone: (305) 553-3464<br>Email: ajperez@lawgmp.com<br>*Attorney for Plaintiff* | */s/ Thomas W. Carroll*<br>Thomas W. Carroll<br>LITTLER MENDELSON P.C.<br>1900 Sixteenth Street, Suite 800<br>Denver, CO  80202<br>Telephone: (303) 629-6200<br>Email:  tcarroll@littler.com<br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on April 1, 2022.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
dperaza@lawgmp.com
bvirues@lawgmp.com


By: ____/s/ Anthony J. Perez_____
        ANTHONY J. PEREZ